UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC, <br><br> Plaintiff, <br><br> v. <br><br> UNLOCKED BUSINESS STRATEGIES, INC., <br><br> Defendant. | Case No.19-cv-07966-JST <br><br> **CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE** <br><br> Re: Dkt. No. 8 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for March 31, 2020 at 2:00 P.M. before the Honorable JON S. TIGAR. The Joint Case Management Conference Statement is due March 24, 2020 by 5:00 PM.

Please report to Courtroom 6, 2nd Floor, Ronald Dellums Federal Building, 1301 Clay Street, Oakland, CA 94612.

Dated: December 9, 2019

Susan Y. Soong
Clerk, United States District Court

By: _____
Mauriona Lee, Deputy Clerk to the
Honorable JON S. TIGAR
510-637-3530