# AFFIDAVIT OF SERVICE

Index #: 19-CV-07966-SK
Date Filed: December 5, 2019
AOS Filed: _____
Court Date: _____

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ATTORNEY(S): Woodrow & Peluso LLC Taylor T. Smith, Esq.
ADDRESS: 3900 East Mexico Avenue, Suite 300 Denver, CO 80210 PH: (720) 907-7628

File No.: _____

**ABANTE ROOTER AND PLUMBING, INC., a California corporation, individually and on behalf of all others similarly situated,**

*Plaintiff*

vs

**UNLOCKED BUSINESS STRATEGIES, INC., a New York corporation,**

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU SS.:
_____Dainon Ward_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On December 12, 2019 at 9:09 AM at 7014 13TH AVENUE, SUITE 202, BROOKLYN, NY 11228, deponent served the within **Order Settling Initial Case Management Conference and ADR Deadlines, Summons in a Civil Action, Civil Cover Sheet and Class Action Complaint Jury Trial Demanded**

with Index Number 19-CV-07966-SK, and Date Filed December 5, 2019 endorsed thereon,
on: **UNLOCKED BUSINESS STRATEGIES, INC. c/o UNITED STATES CORPORATION AGENTS, INC.**, **Defendant** therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORP./ENTITY [X] By delivering to and leaving with **Lisa Knight - Clerk** who indicated they were authorized to accept service on behalf of the Corporation/Entity.

#3 SUITABLE AGE PERSON [ ] By delivering a true copy of each to - a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on

#5 MAIL COPY [ ] On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

#6 NON-SRVC [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other:

Attempts

#7 DESCRIPTION [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex Female  Color of skin Black  Color of hair Black/Gray  Age 51 - 65 Yrs.  Height 5ft4in - 5ft8in
Weight 161-200 Lbs.  Other Features: Glasses

#8 WIT. FEES [ ] $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC [ ] Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

#10 OTHER [ ]

Sworn to before me on this 13th day of December, 2019

STEVEN M SHURGIN
NOTARY PUBLIC, State of New York
No. 01SH6190498, Qualified in Nassau County
Commission Expires July 28, 2020

STEPHANIE GALLIGAN
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2020



Dainon Ward
Server's Lic #2079049
Work Order # 1121920

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE, STE. 150, WESTBURY, NY 11590 TEL 516-333-6380 FAX 516-333-6382    NYC DCA LIC. # 1381942