AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Abante Rooter and Plumbing, Inc., et al. <br> *Plaintiff(s)* <br> v. <br> Unlocked Business Strategies, Inc., a New York corporation, and Thomas R. Costa, an individual, <br> *Defendant(s)* | Civil Action No. 4:19-cv-07966-JST |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Unlocked Business Strategies, Inc.
c/o United States Corporation Agents, Inc.
7014 13th Avenue, Suite 202
Brooklyn, New York 11228

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Taylor T. Smith
Woodrow & Peluso, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210
Tel: 720-907-7628
tsmith@woodrowpeluso.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: February 18, 2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California ▼

| | ) | |
|---|---|---|
| Abante Rooter and Plumbing, Inc., et al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 4:19-cv-07966-JST |
| Unlocked Business Strategies, Inc., a New York corporation, and Thomas R. Costa, an individual, | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Thomas R. Costa
32 Crane Neck Road
East Setauket, New York 11733

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Taylor T. Smith
Woodrow & Peluso, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210
Tel: 720-907-7628
tsmith@woodrowpeluso.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Susan Y. Soong

Date: February 18, 2020

_____
*Signature of Clerk or Deputy Clerk*