Steven L. Weinstein
steveattorney@comcast.net
P.O. Box 27414
Oakland, Ca 94602
5101 Crockett Place
Oakland, CA 94602
Telephone: (510) 336-2181

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff* ABANTE ROOTER
AND PLUMBING, INC. and the alleged Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| **ABANTE ROOTER AND PLUMBING, INC.**, a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**UNLOCKED BUSINESS STRATEGIES, INC.**, a New York corporation, and **THOMAS R. COSTA**, an individual,<br><br>Defendants. | Case No. 4:19-cv-07966-JST<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE FILE PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT AND TO EXTEND THE DEADLINE TO SERVE ALL DEFENDANTS** |

The Court, having considered the moving papers and for good cause appearing, hereby GRANTS Plaintiff's Motion for Leave to File a Second Amended Class Action Complaint and to Extend the Deadline to Serve All Defendants.

1. Plaintiff shall file its Second Amended Class Action Complaint within seven (7) days of this Order being entered.

2. Plaintiff is also granted thirty (30) days from the date that the Second Amended Class Action Complaint is filed to effectuate service upon all Defendants.

1   **IT IS SO ORDERED.**

2

3   Dated: _____                    _____

                                              Hon. Jon S. Tigar

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE FILE PLAINTIFF'S SECOND AMENDED CLASS
ACTION COMPLAINT AND TO EXTEND THE DEADLINE TO SERVE ALL DEFENDANTS