Steven L. Weinstein
steveattorney@comcast.net
P.O. Box 27414
Oakland, Ca 94602
5101 Crockett Place
Oakland, CA 94602
Telephone: (510) 336-2181

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff* ABANTE ROOTER AND PLUMBING, INC. and the alleged Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **ABANTE ROOTER AND PLUMBING, INC.**, a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**UNLOCKED BUSINESS STRATEGIES, INC.**, a New York corporation, and **THOMAS R. COSTA**, an individual,<br><br>Defendant. | Case No. 4:19-cv-07966-JST<br><br>**STATUS REPORT AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** |

Plaintiff Abante Rooter and Plumbing, Inc. ("Abante" or "Plaintiff") respectfully provides the following status report and requests that the Court vacate the case management conference scheduled for March 31, 2020. In support of this request, Plaintiff states as follows:

1. Plaintiff filed its Class Action Complaint ("Complaint") on December 4, 2019, against Unlocked Business Strategies, Inc. ("UBS"). (Dkt. 1.)

2. On December 9, 2019, the Court set a Case Management Conference for March 31, 2020, at 2:00 p.m. (Dkt. 9.)

3.      Further, the Parties were directed to file a Joint Case Management Conference Statement by March 24, 2020. (Dkt. 9.)

4.      On February 17, 2020, Plaintiff filed its First Amended Class Action Complaint ("FAC"), which named Thomas Costa ("Costa") (collectively with UBS "Defendants") as an additional defendant. (Dkt. 15.)

5.      Plaintiff served Defendant UBS on February 24, 2020 (dkt. 18), placing its deadline to respond on March 16, 2020.

6.      Plaintiff then served Costa on February 26, 2020 (dkt. 19), placing his deadline to respond on March 18, 2020.

7.      To date, neither defendant has entered an appearance, responded to the Complaint, or reached out to Plaintiff's counsel.

8.      Given that neither defendant has appeared, Plaintiff is unable to meet-and-confer with defense counsel and prepare a Joint Case Management Conference Statement.

9.      Instead, Plaintiff filed a Motion for Leave to File a Second Amended Class Action Complaint and to Extend the Deadline to Serve All Defendants. (Dkt. 21.) The Second Amended Complaint will name Merchant Industry, LLC as an additional defendant.

10.     Consequently, Plaintiff respectfully requests that the Court vacate the Case Management Conference scheduled for March 31, 2020.

Therefore, Plaintiff respectfully requests that the Court vacate the Case Management Conference and for such additional relief as the as the Court deems necessary and just.

Dated: March 24, 2020

**Abante Rooter and Plumbing**, **Inc.**, individually and on behalf of all others similarly situated,

By: /s/ Taylor T. Smith
One of Plaintiff's Attorneys

Steven L. Weinstein
steveattorney@comcast.net
P.O. Box 27414
Oakland, Ca 94602
5101 Crockett Place

Oakland, CA 94602
Telephone: (510) 336-2181

Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Pro Hac Vice

*Counsel for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on March 24, 2020.

/s/ Taylor T. Smith