UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ABANTE ROOTER AND PLUMBING INC, | Case No. 19-cv-07966-JST |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| v. | |
| UNLOCKED BUSINESS STRATEGIES, INC., et al., | Re: ECF No. 21 |
| Defendants. | |

Plaintiff's unopposed motion for leave to file second amended class action complaint and to extend the deadline to serve all defendants, ECF No. 21, is GRANTED. The second amended complaint is not deemed filed. Plaintiff is ordered to file the second amended complaint not later than April 24, 2020.

**IT IS SO ORDERED.**

Dated: April 17, 2020



JON S. TIGAR
United States District Judge