Steven L. Weinstein
steveattorney@comcast.net
P.O. Box 27414
Oakland, CA 94602
5101 Crockett Place
Oakland CA, 94602
Telephone: (510) 336-2181

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff* ABANTE ROOTER AND PLUMBING, INC. and the alleged Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **ABANTE ROOTER AND PLUMBING, INC.**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**UNLOCKED BUSINESS STRATEGIES, INC.**, a New York corporation, **MERCHANT INDUSTRY, LLC**, a New York limited liability company, and **THOMAS R. COSTA**, an individual,<br><br>Defendant. | Case No. 4:19-cv-07966-JST<br><br>**STATUS REPORT AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** |

Plaintiff Abante Rooter and Plumbing, Inc. ("Abante" or "Plaintiff") respectfully provides the following status report and requests that the Court vacate the case management conference scheduled for May 26, 2020. In support of this request, Plaintiff states as follows:

1. Plaintiff filed its Class Action Complaint ("Complaint") on December 4, 2019, against Unlocked Business Strategies, Inc. ("UBS"). (Dkt. 1.)

STATUS REPORT AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE
1

2. The Court set a Case Management Conference for March 31, 2020, at 2:00 p.m. (dkt. 9), which was continued to May 26, 2020, at 2:00 p.m. (dkt. 23).

3. On February 17, 2020, Plaintiff filed its First Amended Class Action Complaint ("FAC", which names Thomas Costa ("Costa") as an additional defendant. (Dkt. 15.)

4. On March 24, 2020, Plaintiff filed a Motion for Leave to File a Second Amended Complaint, which would name Defendant Merchant Industry, LLC d/b/a Swipe4Free ("Swipe4Free") (collectively with UBS and Costa "Defendants") as an additional defendant. (Dkt. 21.)

5. The Court granted Plaintiff's Motion for Leave to File a Second Amended Complaint on April 17, 2020. (Dkt. 24.)

6. On April 20, 2020, Plaintiff filed its Second Amended Complaint naming Swipe4Free.

7. On April 21, 2020, the Court issued a summons directed to Swipe4Free. (Dkt. 27.) Thereafter, Plaintiff arranged for all Defendants to be served via process server.

8. Plaintiff served UBS, via its registered agent, on April 22, 2020.

9. Plaintiff served Swipe4Free on April 24, 2020.

10. Plaintiff served Costa on March 5, 2020.

11. To date, none of the Defendants have entered any appearance or reached out to Plaintiff's counsel. Consequently, Plaintiff is currently evaluating how to proceed, including whether to seek default judgments against the Defendants.

12. Given that none of the Defendants have entered any appearance, Plaintiff is unable to meet-and-confer with defense counsel and prepare a Joint Case Management Conference Statement.

13. Consequently, Plaintiff respectfully requests that the Court vacate the Case Management Conference scheduled for May 26, 2020.

Therefore, Plaintiff respectfully requests that the Court vacate the Case Management

STATUS REPORT AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE
2

Conference and for such additional relief as the Court deems necessary and just.

Dated:  March 19, 2020               **Abante Rooter and Plumbing, Inc.**, individually
                                     And on behalf of all others similarly situated,

                                     By: /s/ Taylor T. Smith
                                     One of Plaintiff's Attorneys

                                     Steven L. Weinstein
                                     steveattorney@comcast.net
                                     P.O. Box 27414
                                     Oakland, CA 94602
                                     5101 Crockett Place
                                     Oakland CA, 94602
                                     Telephone: (510) 336-2181

                                     Patrick H. Peluso*
                                     ppeluso@woodrowpeluso.com
                                     Taylor T. Smith*
                                     tsmith@woodrowpeluso.com
                                     Woodrow & Peluso, LLC
                                     3900 East Mexico Ave., Suite 300
                                     Denver, Colorado 80210
                                     Telephone: (720) 213-0675
                                     Facsimile: (303) 927-0809

                                     *Pro Hac Vice

                                     *Counsel for Plaintiff and the Putative Class*

STATUS REPORT AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE
3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on March 19, 2020.

/s/ Taylor T. Smith

STATUS REPORT AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE
4