AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __UNLOCKED BUSINESS STRATEGIES__
was received by me on *(date)* __04/21/2020__ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Lisa Knight intake authorized by US corp AGENTS__ who is
designated by law to accept service of process on behalf of *(name of organization)*
__UNLOCKED BUSINESS STRATEGIES__ on *(date)* __04:22/2020__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ __100.00__ for travel and $ __0__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __05/19/2020__

*Server's signature*

John L Hudak lic#1392295
*Printed name and title*

1204 ave u brooklyn ny 11229
*Server's address*

Additional information regarding attempted service, etc:

Service address for US CORP AGENTS 7014 13th ave Brooklyn NY