AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:19-cv-07966-JST

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Merchant Industry, LLC d/b/a Swipe4Free
was received by me on *(date)* 04/21/2020 .

☐ I personally served the summons on the individual at *(place)*
                                                                  on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Andrew "N" (Legal Representative) , who is
designated by law to accept service of process on behalf of *(name of organization)*
Merchant Industry, LLC d/b/a Swipe4Free        on *(date)* 04/24/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 100.00 for travel and $ 0.00 for services, for a total of $ 100.00 .

I declare under penalty of perjury that this information is true.

Date: 06/30/2020

*Server's signature*

John L. Hudak Lic# 1392295
*Printed name and title*

1204 Ave., Brooklyn, New York 11229
*Server's address*

Additional information regarding attempted service, etc:

Service Address: 36-36 33rd Street, Suite 306, Long Island City, New York 11106