AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    419-CV07966sk

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Thomas R Costa

was received by me on *(date)*    04/21/2020    .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)*
Lorena Costa   (wife)    , a person of suitable age and discretion who resides there,
on *(date)*   05/05/2020   , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)*  05/05/2020  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $  100.00  for travel and $  0  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  05/19/2020

*Server's signature*

John L Hudak lic#1392295
*Printed name and title*

1204 ave u brooklyn ny 11229
*Server's address*

Additional information regarding attempted service, etc: