Steven L. Weinstein (#67975)
steveattorney@comcast.net
P.O. Box 27414
Oakland, CA 94602
Tel: (510) 336-2181
Fax: (510) 336-2181

[Additional counsel appearing on signature page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| **ABANTE ROOTER AND PLUMBING, INC.**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**UNLOCKED BUSINESS STRATEGIES, INC.**, a New York corporation, **THOMAS R. COSTA**, an individual, and **MERCHANT INDUSTRY, LLC d/b/a SWIPE4FREE**, a New York limited liability company,<br><br>Defendants. | Case No. 4:19-cv-07966-JST<br><br>**CERTIFICATE OF SERVICE OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST NON-APPEARING DEFENDANTS** |

I, Taylor T. Smith, hereby certify that on July 2, 2020, I served a copy of the following documents: Plaintiff's Request for Entry of Default Against Non-Appearing Defendants, Affidavit Of Taylor T. Smith In Support of Plaintiff's Entry of Default Against Non-Appearing Defendants, and Proposed Clerk's Entry of Default Against Non-Appearing Defendants upon all defendants by placing a copy of each in a postage-paid envelope addressed to the parties stated below, which is the last known address of said parties, and deposited said envelopes in the United States mail.

    Addressee:    Unlocked Business Strategies, Inc.
                              c/o United States Corporation Agents, Inc.
                              7014 13th Ave., Suite 202
                              Brooklyn, NY 11228

| | |
|---|---|
| 1 | |
| 2 | Thomas R. Costa |
|   | 32 Crane Neck Road |
| 3 | East Setauket, NY 11733 |
| 4 | Merchant Industry, LLC |
|   | 36-36 33rd Street, Suite 306 |
| 5 | Long Island City, New York 11106 |

Dated: July 2, 2020              /s/ Taylor T. Smith
                                 Taylor T. Smith

2