1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **ABANTE ROOTER AND PLUMBING, INC.**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**UNLOCKED BUSINESS STRATEGIES, INC.**, a New York corporation, **THOMAS R. COSTA**, an individual, and **MERCHANT INDUSTRY, LLC d/b/a SWIPE4FREE**, a New York limited liability company,<br><br>Defendants. | Case No. 4:19-cv-07966-JST<br><br>**[PROPOSED] CLERK'S ENTRY OF DEFAULT AGAINST NON-APPEARING DEFENDANTS** |

Pursuant to 55(a) of the Federal Rules of Civil Procedure and upon application by Plaintiff, default is hereby entered against Defendants Unlocked Business Strategies, Inc., Thomas R. Costa, and Merchant Industry, LLC d/b/a Swipe4Free.

DEFAULT ENTERED this _____ day of _____ 2020

_____
Clerk of Court

1