

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street
Oakland, CA 94612
*cand.uscourts.gov*

July 13, 2020

RE: 19-cv-07966-JST   Abante Rooter and Plumbing Inc v. Unlocked Business Strategies, Inc.

Default is entered as to Unlocked Business Strategies, Inc.; Merchant Industry, LLC d/b/a Swipe4Free and Thomas R. Costa on July 13, 2020.

Susan Y. Soong, Clerk

by: Jacquelyn Lovrin
Case Systems Administrator
(510) 637-1873

*Rev. 7-19*