Steven L. Weinstein
steveattorney@comcast.net
P.O. Box 27414
Oakland, CA 94602
5101 Crockett Place
Oakland CA, 94602
Telephone: (510) 336-2181

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff* ABANTE ROOTER AND PLUMBING, INC. and the alleged Class

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **ABANTE ROOTER AND PLUMBING, INC.**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**UNLOCKED BUSINESS STRATEGIES, INC.**, a New York corporation, **MERCHANT INDUSTRY, LLC**, a New York limited liability company, and **THOMAS R. COSTA**, an individual,<br><br>Defendant. | Case No. 4:19-cv-07966-JST<br><br>**STATUS REPORT AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** |

Plaintiff Abante Rooter and Plumbing, Inc. ("Abante" or "Plaintiff") respectfully provides the following status report and requests that the Court vacate the case management conference scheduled for July 21, 2020. In support of this request, Plaintiff states as follows:

1. Plaintiff filed its Class Action Complaint on December 4, 2019, against Unlocked Business Strategies, Inc. ("UBS"). (Dkt. 1.)

2. On February 17, 2020, Plaintiff filed its First Amended Class Action Complaint,

STATUS REPORT AND REQUEST TO
VACATE CASE MANAGEMENT CONFERENCE       1

1  which names Thomas Costa ("Costa") as an additional defendant. (Dkt. 15.)

2      3.    On April 20, 2020, Plaintiff filed its Second Amended Complaint ("Complaint")
3  naming Defendant Merchant Industry, LLC d/b/a Swipe4Free ("Swipe4Free") (collectively with
4  UBS and Costa "Defendants").

5      4.    On May 21, 2020, the Court continued the previously scheduled case management
6  conference to July 21, 2020. (Dkt. 31.)

7      5.    Plaintiff served UBS, via its registered agent, on April 22, 2020. (Dkt. 32.)

8      6.    Plaintiff served Swipe4Free on April 24, 2020. (Dkt. 33.)

9      7.    Plaintiff served Costa on March 5, 2020. (Dkt. 34.)

10      8.    None of the Defendants have entered any appearance or reached out to Plaintiff's
11  counsel.

12      9.    On July 13, 2020, the Clerk of Court entered default against all Defendants. (Dkt.
13  36.)

14      10.    In light of the entry of default, Plaintiff respectfully requests that the Court vacate
15  the July 21, 2020 case management conference.

16      11.    Plaintiff is currently preparing a motion for class certification, which it intends to
17  file within two-weeks.

18      12.    Plaintiff intends to move for default judgment following a decision on class
19  certification.

20      Therefore, Plaintiff respectfully requests that the Court vacate the Case Management
21  Conference and for such additional relief as the Court deems necessary and just.

Dated: July 14, 2020                          **Abante Rooter and Plumbing, Inc.**, individually
                                              And on behalf of all others similarly situated,

                                              By: /s/ Taylor T. Smith
                                              One of Plaintiff's Attorneys

Steven L. Weinstein
steveattorney@comcast.net
P.O. Box 27414
Oakland, CA 94602
Telephone: (510) 336-2181

Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Pro Hac Vice

*Counsel for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on July 14, 2020.

/s/ Taylor T. Smith