# UNITED STATES DISTRICT COURT
## Northern District of California

## CIVIL MINUTES

| | | | |
|---|---|---|---|
| Date: | July 21, 2020 | Judge: | JON S. TIGAR |
| Time: | 9 minutes | | |

Case No.   19-cv-07966-JST
Case Name  **Abante Rooter and Plumbing Inc v. Unlocked Business Strategies, Inc., et al.**

Attorney(s) for Plaintiff(s):   Taylor T. Smith
Attorney(s) for Defendant(s):  No Appearance

Deputy Clerk:   Kelly Collins          Court Reporter:   Not reported

## PROCEEDINGS

Initial Case Management Conference – HELD.

## RESULT OF HEARING

1. Hearing held via Zoom webinar
2. Discussion with counsel regarding whether service was adequate on defendants.  Court will review Rule 4 to see if requirements have been met for proper service in this case.
3. Plaintiff plans to file a motion for class certification.  Counsel directed to review C-12-3003-JST Clancy v. The Bromley Tea Co., et al.
4. Further case management conference set for 10/27/2020 at 2:00 p.m.  Case management statement due by 10/20/2020.