1  **KRONENBERGER ROSENFELD, LLP**
   Karl S. Kronenberger (Bar No. 226112)
2  Jeffrey M. Rosenfeld (Bar No. 222187)
   150 Post Street, Suite 520
3  San Francisco, CA 94108
4  Telephone: (415) 955-1155
   Facsimile: (415) 955-1158
5  karl@KRInternetLaw.com
   jeff@KRInternetLaw.com
6
7  Attorneys for Defendant Merchant Industry LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| **ABANTE ROOTER AND PLUMBING, INC.**, a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**UNLOCKED BUSINESS STRATEGIES, INC.**, et al.,<br><br>Defendants. | Case No. 4:19-cv-07966-JST<br><br>**STIPULATION TO LIFT CLERK'S ENTRY OF DEFAULT DATED JULY 13, 2020 AS TO DEFENDANT MERCHANT INDUSTRY LLC** |

Case No. 4:19-cv-07966-JST        STIPULATION TO LIFT DEFAULT AGAINST DEFENDANT MERCHANT INDUSTRY

Now come Plaintiff Abante Rooter and Plumbing, Inc. and Defendant Merchant Industry LLC, by their respective counsel, and stipulate as follows:

WHEREAS, Plaintiff filed its Second Amended Class Action Complaint ("SAC"), adding Defendant Merchant Industry LLC as a Defendant, on April 20, 2020;

WHEREAS, Plaintiff filed a proof of service attesting that service of the summons and SAC on Defendant had been completed on April 24, 2020;

WHEREAS, Defendant contests service and denies that it was properly served with the summons and SAC on April 24, 2020;

WHEREAS, on July 13, 2020, the Clerk entered default as to Defendant Merchant Industry LLC;

WHEREAS, the parties now stipulate to lift the Clerk's entry of default against Defendant Merchant Industry LLC entered on July 13, 2020;

WHEREAS, the parties further stipulate that Defendant Merchant Industry LLC shall have until September 18, 2020 to respond to the SAC.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: August 18, 2020          **KRONENBERGER ROSENFELD, LLP**

By:     s/ Karl S. Kronenberger
            Karl S. Kronenberger

Attorneys for Defendant Merchant Industry LLC

Dated: August 18, 2020

By:     s/ Taylor Smith
            Taylor Smith

Attorneys for Plaintiff

| Case No. 4:19-cv-07966-JST | 1 | STIPULATION TO LIFT DEFAULT AGAINST DEFENDANT MERCHANT INDUSTRY |

Kronenberger Rosenfeld
150 Post Street, Suite 520 San Francisco, CA 94108

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

                                                 s/ Karl S. Kronenberger
                                                    Karl S. Kronenberger