# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **ABANTE ROOTER AND PLUMBING, INC.**, a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**UNLOCKED BUSINESS STRATEGIES, INC.**, et al.,<br><br>Defendants. | Case No. 4:19-cv-07966-JST<br><br>**[PROPOSED]** ORDER GRANTING STIPULATION TO LIFT CLERK'S ENTRY OF DEFAULT DATED JULY 13, 2020 AS TO DEFENDANT MERCHANT INDUSTRY LLC |

This matter is now before the Court on the stipulation of Plaintiff Abante Rooter and Plumbing, Inc. and Defendant Merchant Industry LLC to lift the Entry of Clerk's Default entered against Defendant Merchant Industry LLC on July 13, 2020.

IT IS SO ORDERED THAT the Clerk's Entry of Default against Defendant Merchant Industry LLC entered on July 13, 2020 is hereby LIFTED;

IT IS FURTHER ORDERED that Defendant Merchant Industry LLC shall have until September 18, 2020 to respond to the Second Amended Class Action Complaint.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 19, 2020

_____
Jon S. Tigar
United States District Judge