Steven L. Weinstein
steveattorney@comcast.net
P.O. Box 27414
Oakland, CA 94602
Tel: (510) 336-2181

Patrick H. Peluso
ppeluso@woodrowpeluso.com*
Taylor T. Smith
tsmith@woodrowpeluso.com*
**WOODROW & PELUSO, LLC**
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Pro Hac Vice*

*Attorneys for Plaintiff and the Classes*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| **ABANTE ROOTER and PLUMBING, INC.**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**UNLOCKED BUSINESS STRATEGIES, INC.** a New York corporation, **THOMAS R. COSTA**, an individual, and **MERCHANT INDUSTRY, LLC d/b/a SWIPE4FREE**, a New York limited liability company,<br><br>Defendants. | Case No. 4:19-cv-07966-JST<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Jon S. Tigar<br>Courtroom: 6, 2nd Floor |

  **PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 7-7(e), Plaintiff Abante Rooter and Plumbing, Inc. ("Plaintiff") hereby withdraws its pending Motion for Class Certification ("Motion") (dkt. 42) without prejudice to being re-filed. Accordingly, Plaintiff

NOTICE OF WITHDRAWAL                     1
MOTION FOR CLASS CERTIFICATION

respectfully requests that the Court vacate the hearing on the Motion currently set for October 7, 2020, at 2:00 p.m. (Dkt. 43.)

|  |  |
|---|---|
|  | Respectfully, |
| Date: August 19, 2020 | /s/ Taylor T. Smith |
|  | One of Plaintiff's Attorneys |
|  | Steven L. Weinstein<br>steveattorney@comcast.net<br>P.O. Box 27414<br>Oakland, CA 94602<br>Tel: (510) 336-2181 |
|  | Patrick H. Peluso<br>ppeluso@woodrowpeluso.com*<br>Taylor T. Smith<br>tsmith@woodrowpeluso.com*<br>Woodrow & Peluso, LLC<br>3900 East Mexico Ave., Suite 300<br>Denver, Colorado 80210<br>Telephone: (720) 213-0675<br>Facsimile: (303) 927-0809 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on August 19, 2020.

/s/ Taylor T. Smith