**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com

Attorneys for Defendant Merchant Industry LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **ABANTE ROOTER AND PLUMBING, INC.**, a California corporation, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>**UNLOCKED BUSINESS STRATEGIES, INC.**, et al.,<br><br>    Defendants. | Case No. 4:19-cv-07966-JST<br><br>**DECLARATION OF FRANK KOTLAR IN SUPPORT DEFENDANT MERCHANT INDUSTRY LLC'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(2)**<br><br>Date:     In Chambers<br>Time:    In Chambers<br>Before:  The Hon. Jon S. Tigar<br>Ctrm:    6, 2nd Flr. |

Case No.  4:19-cv-07966-JST          DECL OF F. KOTLAR ISO DEFENDANT'S
                                     MTN TO DISMISS

I, Frank Kotlar, declare as follows:

1. I am the Chief Financial Officer of Defendant Merchant Industry LLC ("Merchant Industry"). Unless otherwise stated, I have personal knowledge of the facts stated herein.

2. Merchant Industry is a New York limited liability company with a principal place of business in New York. It does not have any offices, employees, mailing addresses, phone numbers, real estate, licenses, or computer servers in California.

3. I am also a New York resident, and I do not own any California assets, California bank accounts, or California property.

4. Unlocked Business Strategies, Inc. and/or Thomas Costa (collectively, "UBS") has never been an affiliate of Merchant Industry, and Merchant Industry has never authorized UBS to send any emails or make any calls on Merchant Industry's behalf. There has never been any agreement between Merchant Industry and UBS to engage in the activity alleged in the complaint. In fact, Merchant Industry did not receive the benefit of any calls or emails sent by UBS, direct any calls to be made or emails to be sent by UBS, or ratify the calls, emails, or other actions of UBS. UBS and Merchant Industry do not share common ownership. Merchant Industry does not exercise control over UBS, and there is no legal relationship at all between the companies. Merchant Industry knows of no relationship between the other Defendants and any authorized reseller or affiliate of Merchant Industry.

5. Merchant Industry has and had no contractual relationship, or other agreement, with the other Defendants in this action, and thus other Defendants were not in any way authorized to offer the services of Merchant Industry; to promote or market the services of Merchant Industry; or to use Merchant Industry's trademarks in any way.

//
//
//
//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on  Sep 18, 2020    *Frank Kotlar*
Frank Kotlar (Sep 18, 2020 15:40 EDT)

                                    Frank Kotlar