UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| **ABANTE ROOTER and PLUMBING, INC.,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**UNLOCKED BUSINESS STRATEGIES, INC.** a New York corporation, **THOMAS R. COSTA**, an individual, and **MERCHANT INDUSTRY, LLC d/b/a SWIPE4FREE**, a New York limited liability company,<br><br>Defendants. | Case No. 4:19-cv-07966-JST<br><br>[PROPOSED] **ORDER GRANTING STIPULATION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING REGARDING PLAINTIFF'S REQUEST TO CONDUCT JURISDICTIONAL DISCOVERY**<br><br>Judge: Hon. Jon S. Tigar<br>Courtroom: 6, 2nd Floor |

Pending before the Court is the Parties' Stipulation for Leave to File Supplemental Briefing Regarding Plaintiff's Request to Conduct Jurisdictional Discovery.

Having read and considered the Stipulation, the Court, being fully advised in the premises, finds as follows:

1. The Stipulation is **GRANTED**;

2. Plaintiff shall file its supplemental brief and the exhibits attached thereto (attached as Ex. 1 to the stipulation) within 1 day of this Order; and

3. Defendant shall file its response to Plaintiff's supplemental brief within seven (7) days from the date of this Order.

**IT IS HEREBY ORDERED.**

Dated: January 29, 2021

Hon. Jon S. Tigar
United States District Judge