# Exhibit A

Taylor Smith <tsmith@woodrowpeluso.com>

## Leonid Levit / MLL Marketing Inc. - 8 Of X
1 message

**Leonid Levit** <levitleonid@gmail.com>  Fri, Jan 15, 2021 at 2:18 PM
To: Taylor Smith <tsmith@woodrowpeluso.com>

Tom asked me to comment on the contract that Merchant sent to him and these were my comments to him based on what I knew about the call centers interacting with him.

---------- Forwarded message ---------
From: **Leonid Levit** <levitleonid@gmail.com>
Date: Thu, Jul 25, 2019 at 11:36 AM
Subject: Merchant Industries markup
To: Tom Costa <thomas@unlockedbiz.com>, Paul Orena <pvomarketing@gmail.com>, Alex P <alexp@debtrelieflaw.ca>

1 - pg 4, cant do site inspections we are doing nationwide call center campaign

2 - pg 5, do not want to disclose all of our relationships I am assuming. Why would they be happy that we are working with signapay as well?

3 - pg 5, cant provide training over the telephone on terminals, I thought that was their job?

4 - pg 13, I redefined how merchant accounts will be sold if they decide to sell us. They were capping our returns arbitrarily.

5 - pg 19, ISO cant randomly adjust bonuses that makes no sense. They also will not have security interest in my company as collateral, I have assets in the company so would not allow that.

everything else good, please see redlined attached

📄 **Please_DocuSign_standard_agreement-_mutual_i.docx**
172K