# Exhibit C

**WOODROW&PELUSO**

Taylor Smith <tsmith@woodrowpeluso.com>

## Leonid Levit / MLL Marketing Inc. - 10 Of X
1 message

**Leonid Levit** <levitleonid@gmail.com>   Fri, Jan 15, 2021 at 2:21 PM
To: Taylor Smith <tsmith@woodrowpeluso.com>

---------- Forwarded message ----------
From: **Thomas Costa** <thomas@unlockedbiz.com>
Date: Thu, Aug 1, 2019 at 7:16 AM
Subject: Re: ISO agreement - redlines
To: Leonid Levit <levitleonid@gmail.com>
Cc: Alex Puzaitzer <alexp@debtrelieflaw.ca>, Paul Vincent <paul@unlockedbiz.com>

I will work on having that together by Monday.

On Aug 1, 2019, at 5:22 AM, Leonid Levit <levitleonid@gmail.com> wrote:

> Who is responsible for creating the matrix of terminals and POS systems? Is that you Tom? I just dont know who to followup with about it thats why I am asking.
>
> Let me ask when people can do training today.
>
> On Wed, Jul 31, 2019 at 8:10 AM Thomas Costa <thomas@unlockedbiz.com> wrote:
>> I believe we will only need to train the team leader on the portal to send out applications
>>
>> We also need to create a matrix for equipment that a rep can easily identify what terminal or POS system they should sell and for what price
>>
>> On Jul 31, 2019, at 7:40 AM, Leonid Levit <levitleonid@gmail.com> wrote:
>>
>>> Training should happen tomorrow honestly for us so I can get the call center trained on Friday. Let me know what time tomorrow works for you guys?
>>>
>>> Did they adjust the verbiage?
>>>
>>> Best,
>>>
>>> LL
>>>
>>> On Tue, Jul 30, 2019 at 10:29 PM Alex Puzaitzer <alexp@debtrelieflaw.ca> wrote:
>>>> Reps will be ready whenever we are.
>>>> If we starting on Monday then we'll have them in already in place, we just have to coordinate a day.
>>>>
>>>> Sent from my iPhone
>>>>
>>>> On Jul 30, 2019, at 8:36 PM, Thomas Costa <thomas@unlockedbiz.com> wrote:
>>>>
>>>>> Once they send us final and we have it signed we can schedule the training
>>>>>
>>>>> When are we planning on training the call center reps?
>>>>>
>>>>> On Jul 30, 2019, at 8:34 PM, Alex Puzaitzer <alexp@debtrelieflaw.ca> wrote:
>>>>>
>>>>>> Also, let's schedule training
>>>>>>
>>>>>> Sent from my iPhone
>>>>>>
>>>>>> On Jul 30, 2019, at 8:32 PM, Alex Puzaitzer <alexp@debtrelieflaw.ca> wrote:
>>>>>>
>>>>>>> Yeah let them put the wording where is needed, which I thought will be done today, and get it signed.
>>>>>>>
>>>>>>> Sent from my iPhone
>>>>>>>
>>>>>>> On Jul 30, 2019, at 8:16 PM, Paul Vincent <paul@unlockedbiz.com> wrote:
>>>>>>>
>>>>>>>> Let's go!!!
>>>>>>>>
>>>>>>>> Sent from my iPhone
>>>>>>>>
>>>>>>>> On Jul 30, 2019, at 8:07 PM, Alex Puzaitzer <alexp@debtrelieflaw.ca> wrote:
>>>>>>>>
>>>>>>>>> I think I can live with that at this time, so we can move forward and see.
>>>>>>>>>
>>>>>>>>> Sent from my iPhone
>>>>>>>>>
>>>>>>>>> On Jul 30, 2019, at 5:53 PM, Thomas Costa <thomas@unlockedbiz.com> wrote:
>>>>>>>>>
>>>>>>>>>> See below. Let me know
>>>>>>>>>>
>>>>>>>>>> Begin forwarded message:
>>>>>>>>>>
>>>>>>>>>>> **From:** Ramon Toribio <ramon.toribio@merchantindustry.net>
>>>>>>>>>>> **Date:** July 30, 2019 at 3:44:28 PM EDT
>>>>>>>>>>> **To:** Tom Costa <tcosta824@gmail.com>
>>>>>>>>>>> **Cc:** Paylessa Administrator <admin@paylessa.com>
>>>>>>>>>>> **Subject: ISO agreement - redlines**
>>>>>>>>>>>
>>>>>>>>>>> Hey Tom,
>>>>>>>>>>>
>>>>>>>>>>> Below are the points of discussion from our call and concessions we propose:
>>>>>>>>>>>
>>>>>>>>>>> **1.5) Disclosing relationships**- We will remove this clause
>>>>>>>>>>>
>>>>>>>>>>> **1.9) Training**- Our acquiring bank & platform provider requires every agent of ours to agree to train and take responsibility of their employees/merchants in regards to educating them on equipment etc. In any event, the verbiage does not hold Agent accountable to any fines, or residual forfeiture due to lack of training. This clause has to stay.
>>>>>>>>>>>
>>>>>>>>>>> **6.6) Ownership sale**- We will revise to reflect first right of refusal verbiage.
>>>>>>>>>>>
>>>>>>>>>>> **7.4) TSYS liability**- This clause we agreed stays.
>>>>>>>>>>>
>>>>>>>>>>> **9.16) Bonus chargeback**- We can revisit this clause at the 7 month mark, and if your portfolio of business at 100% profit, is equal to or greater than $150.00 per merchant, we will drop the bonus charge back period from 12 months to 7 months retroactively and going forward.

1/19/2021  Woodrow & Peluso, LLC Mail - Leonid Levitt Full Marketing, Inc.

Case 4:19-cv-07966-JST Document 64-3 Filed 02/01/21 Page 3 of 3

**9.18) Security interest**- Instead of 90 days as stated on ISO agreement, we can give you 180 days to cure any negative balance.

**Tom**- Let me know if this works so that I can send to lawyers for final draft.

Thanks,

**Ramon Toribio| Executive Vice President**

Ramon.Toribio@Swipe4Free.com

Main: (888) 361-6498 | Direct Number: (718) 577-5144 | Mobile: 201-375-0412

<image001.png>

**Meet Merchant Industry!**

MWAA Conference  July 17th – 18th Schaumburg, IL

Vapers Carnivale – July 27th – 28th Raleigh, NC

<image002.png>

| Merchant Industry | Swipe4free | First US Funding | ISO Access CRM |
|---|---|---|---|
| 36-36 33rd Street, Ste 206 | 36-36 33rd Street, Ste 206 | 36-36 33rd Street, Ste 206 | 36-36 33rd Street, Ste 206 |
| Long Island City, NY 11106 | Long Island City, NY 11106 | Long Island City, NY 11106 | Long Island City, NY 11106 |
| www.merchantindustry.com | www.swipe4free.com | www.firstusfunding.com | www.isoaccess.com |

Please consider the environment before printing this email.

The information contained herein, including any attachments, is proprietary and confidential and is intended for the exclusive use of the addressee. The information is intended only for the use of the individual or entity to which it is addressed and may contain information which is privileged, private, confidential or exempt from disclosure under law. If the reader of this email is not the intended recipient (or the employee or agent responsible for delivering the email to the intended recipient) please be warned that any publication, distribution or copying of this email is prohibited. If you have received this email in error, please notify us immediately by reply e-mail and destroy all copies.