# Exhibit D

**WOODROW&PELUSO**          Taylor Smith <tsmith@woodrowpeluso.com>

---

### Leonid Levit / MLL Marketing Inc. - 11 Of X
1 message

**Leonid Levit** <levitleonid@gmail.com>      Fri, Jan 15, 2021 at 2:23 PM
To: Taylor Smith <tsmith@woodrowpeluso.com>

---------- Forwarded message ---------
From: **Leonid Levit** <levitleonid@gmail.com>
Date: Mon, Aug 5, 2019 at 9:02 AM
Subject: Re: Please DocuSign: standard agreement- mutual indemnification.pdf
To: andrea lopez <andrea.lopez@merchantindustry.net>, Tom Costa <thomas@unlockedbiz.com>, Paul Orena <pvomarketing@gmail.com>

Hey Andrea,

Everything is signed on the docu sign if you take a look at it. I am traveling and just do not physically have my check book. I will be back in August 14th and can provide it then.

Can we essentially begin now and I provide the blank check once I return home? It is the only missing part of the contract.

Best,

Leonid Levit

646-775-0451

On Fri, Aug 2, 2019 at 9:36 AM Leonid Levit <levitleonid@gmail.com> wrote:
> Hey Andrea,
>
> Everything is signed I am traveling and just do not physically have my check book. I will be back in 2 weeks and can provide it then.
>
> Can we essentially begin now and I provide the blank check once I return home? It is the only missing part of the contract.
>
> Best,
>
> Leonid Levit
>
> 646-775-0451

 Virus-free. www.avg.com

On Fri, Aug 2, 2019 at 9:27 AM andrea lopez via DocuSign <dse@docusign.net> wrote:

> **DocuSign**
>
> andrea lopez sent you a document to review and sign.
>
> **REVIEW DOCUMENT**
>
> **andrea lopez**
> andrea.lopez@merchantindustry.net
>
> levitleonid@gmail.com,
>
> Please DocuSign standard agreement- mutual indemnification.pdf
>
> Thank You, andrea lopez

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
C23C34D1DA9647CAA7A6C9673E95BF1A1

**About DocuSign**
Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**
If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

 Download the DocuSign App

This message was sent to you by andrea lopez who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

 Virus-free. www.avg.com