# Exhibit E

# WOODROW&PELUSO

Taylor Smith <tsmith@woodrowpeluso.com>

---

## Leonid Levit / MLL Marketing Inc. - 1 Of X
1 message

**Leo Levit** <mmarketing617@gmail.com>  Fri, Jan 15, 2021 at 2:13 PM
To: tsmith@woodrowpeluso.com

I would wait until all of the emails are sent in order to get a better picture of these emails, but I am numbering the correspondences for you so you have a better idea of what is going on.

---------- Forwarded message ---------
From: **Alex P** <Alexp@debtrelieflaw.ca>
Date: Fri, Aug 9, 2019 at 12:14 PM
Subject: Fwd: Terminals and Equipment
To: Leo Levit <mmarketing617@gmail.com>


FYI
Al Puzi
Alexp@debtrelieflaw.ca
(917) 579-7722


> Begin forwarded message:
>
> **From:** Thomas Costa <thomas@unlockedbiz.com>
> **Subject: Fwd: FW: Terminals and Equipment**
> **Date:** August 9, 2019 at 12:07:11 PM EDT
> **To:** Leonid Levit <levitleonid@gmail.com>, Alex P <alexp@debtrelieflaw.ca>
>
> Did you guys see this?
>
> ---------- Forwarded message ---------
> From: <glenn.mondry@swipe4free.com>
> Date: Fri, Aug 9, 2019 at 11:51 AM
> Subject: FW: Terminals and Equipment
> To: <tcosta824@gmail.com>
> Cc: Thomas Costa <thomas@unlockedbiz.com>
>
>
> resending
>
>
> **From:** Glenn <glenn.mondry@swipe4free.com>
> **Sent:** Thursday, August 08, 2019 8:37 PM
> **To:** Tom Costa <tcosta824@gmail.com>
> **Subject:** Fwd: Terminals and Equipment
>
>
>
>
> Glenn Mondry| V.P. of Business Development
>
> Glenn.Mondry@swipe4free.com
>
> Main Number: 866-811-1005 x179| Mobile Number: 347-385-4161
>
>
> Get Outlook for Android
>
>
>
> Sent: Thursday, August 8, 10:51 AM
>
> Subject: RE: Terminals and Equipment
>
> Hi All,
>
> Hope all is going well.  I am sending you our Google Drive Link.  https://drive.google.com/drive/folders/1yKLTU3j2TRDQ7e9jd5MGBMdkTcsvM6f-

1/19/2021, Woodrow & Peacock Mail - Leonid Levit LLC / Marketing, Inc.

Case 4:19-cv-07966-JST Document 64-5 Filed 02/01/21 Page 3 of 4

This link has all the pricing(purchase prices and Leasing caps), marketing materials, TSYS and First Data Applications (for both Traditional Processing and Cash Discount) and much more.

I also attached a POS Information trifold as well as some other Marketing pdfs for you to share with your team.

Would you be available for quick call today and I can walk your through all the documents?

**Glenn Mondry| V.P. of Business Development**

Glenn.Mondry@swipe4free.com

ISO Support: 888-361-6498|  Main Number: 866-811-1005 x179| Mobile Number: 347-385-4161



**From:** Thomas Costa <thomas@unlockedbiz.com>

**Sent:** Thursday, August 08, 2019 10:24 AM

**To:** Ramon Toribio <ramon.toribio@merchantindustry.net>; glenn.mondry@swipe4free.com; Eric Bernstein <ericscottbernstein@gmail.com>; Leonid Levit <levitleonid@gmail.com>

**Subject:** Terminals and Equipment

Can you guys please provide lease pricing on the most popular terminal, POS, mobile swiper and Payment Gateway or virtual terminal you are using

I'm assuming DejaVu, Mint are the terminal and POS but let me know on the others

If you can also send marketing materials and which profile of businesses do the best with each, that would be helpful for our team

--

Thomas Costa

|

631-365-2685 |(646) 847-0370

thomas@unlockedbiz.com

www.unlockedbiz.com

--



Thomas Costa |
631-365-2685 |(646) 847-0370
thomas@unlockedbiz.com
www.unlockedbiz.com

1/19/2021 Woodrow & Peluso, LLC Mail - General Levin LLC Marketing, Inc.

Case 4:19-cv-07966-JST Document 64-5 Filed 02/01/21 Page 4 of 4

**4 attachments**

**image001.png**
17K

**POS-Trifold-Email.pdf**
3460K

**TOP10_Email.pdf**
432K

**retail.flyer.pdf**
1213K