UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC, <br><br> Plaintiff, <br><br> v. <br><br> UNLOCKED BUSINESS STRATEGIES, INC., et al., <br><br> Defendants. | Case No. 19-cv-07966-JST <br><br> **ORDER TO FILE STIPULATION OF DISMISSAL** <br><br> Re: ECF No. 71 |

Plaintiff Abante Rooter and Plumbing, Inc. and Defendant Merchant Industry, LLC have filed a notice of settlement. ECF No. 71. By April 14, 2021, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.

The Court also hereby sets a case management conference on April 27, 2021. That conference will be vacated automatically if a stipulation of dismissal is timely filed.

Any continuance of the deadlines set in this order requires a showing of good cause.

**IT IS SO ORDERED**.

Dated: March 11, 2021

_____
JON S. TIGAR
United States District Judge